# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JONATHON REDONDO-ROSALES,<br><br>Defendant-Appellee. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 26-834<br>D.C. No. 2:25-cr-00679-CV-1<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS APPEAL VOLUNTARILY; DECLARATION OF ALEXANDER P. ROBBINS** |

Plaintiff-Appellant United States of America hereby moves to voluntarily dismiss its appeal from the district court's order dismissing the information.

///

///

The motion is made pursuant to Federal Rule of Appellate Procedure 42(b) and is based on the files and records in this case and the attached declaration of Alexander P. Robbins.  Defendant does not oppose this motion.

Defendant is not in custody.  The court reporter is not in default with respect to any designated transcript.

DATED: July 2, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

*s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney
Deputy Chief, Criminal Appeals Section

Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA

# DECLARATION OF ALEXANDER P. ROBBINS

I, Alexander P. Robbins, hereby declare and state as follows:

1.      I am an Assistant United States Attorney in the Central District of California and Deputy Chief of the Criminal Appeals Section. I am overseeing this appeal.

2.      On February 9, 2026, the district court issued an order dismissing the information with prejudice.  The government filed a timely notice of appeal on February 10, 2026.

3.      Upon further review of the case, the government has elected not to pursue its appeal from the district court's order.

4.      I conferred with counsel for defendant, Steven Brody. Defendant does not oppose this motion.

5.      Defendant is not in custody.  No court reporter is in default with respect to any designated transcript.

I declare under penalty of perjury that the foregoing is true and correct.  EXECUTED this 2nd day of July, 2026, in Los Angeles County, California.

*s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney