UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JONATHON REDONDO-ROSALES, <br><br> Defendant - Appellee. | No. 26-834 <br><br> D.C. No. <br> 2:25-cr-00679-CV-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

The motion (Docket Entry No. 11) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT